UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES VILLA FLORES, | Case No. 24-cv-09431-TLT |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| ALAMEDA COUNTY SHERIFF'S OFFICE SANTA RITA JAIL, et al., | |
| Defendants. | |

Plaintiff, a pretrial detainee at the Santa Rita Jail, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. Plaintiff's complaint was dismissed, and plaintiff was directed to file a first amended complaint. Dkt. No. 6. Plaintiff's first amended complaint was dismissed, and plaintiff was given leave to file a second amended complaint. Dkt. No. 9. The due date has now passed, and plaintiff has neither filed a second amended complaint nor sought an extension of time to do so. This case is therefore dismissed without prejudice. The clerk shall terminate any pending motions, enter judgment for defendants, and close the file.

**IT IS SO ORDERED.**

Dated: July 9, 2025

_____
TRINA L. THOMPSON
United States District Judge